# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

JS-6

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

| | |
|---|---|
| **CASE NO.:** CV 12-00705 SJO (SPx) | **DATE:** February 13, 2012 |
| **TITLE:** Deon L Thomas v. Enhance Recovery Company LLC et al | |

===================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                                  Not Present
Courtroom Clerk                                   Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**    **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                       Not Present

===================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the Notice of Dismissal filed on 02/13/12. Accordingly, the Court Orders this matter dismissed pursuant to Notice of Dismissal .